AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
# MIDDLE DISTRICT of PENNSYLVANIA

MARGORY MUHAW, )
*Plaintiff* )
v. ) Civil Action No. 1:15-CV-1398
CAROLYN W. COLVIN, Acting Commissioner of Social Security, ) (Chief Judge Conner)
*Defendant* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) ______ recover costs from the plaintiff (*name*) ______ .

X other: JUDGMENT be and is hereby ENTERED in favor of defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, and against plaintiff MARGORY MUHAW, as follows: The decision of the Commissioner of Social Security denying the application for supplemental security income and disability insurance benefits of Margory Muhaw is AFFIRMED, in accordance with the court's order (Doc. 14), dated November 22, 2016.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge ______ without a jury and the above decision

X decided by Judge or Magistrate Judge Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION

Date: Nov 22, 2016

PETER WELSH, *ACTING CLERK OF COURT*

K. McKinney

*Signature of Clerk or Deputy Clerk*